UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JASON GAINEY                                      CIVIL ACTION

VERSUS                                            NUMBER: 13-278

N. BURL CAIN, WARDEN                              SECTION: "I"(5)

### O R D E R

The Court, having considered the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the "traverse"[1] by plaintiff, James Gainey, which is hereby **OVERRULED**, approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion.

Accordingly,

**IT IS ORDERED** that the application for federal habeas corpus relief of petitioner, Jason Gainey, is **DISMISSED** with prejudice.

New Orleans, Louisiana, this 30th day of January, 2014.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1]  Rec. Doc No. 15